By Certified Mail Number:
7021 2720 0001 9642 4089

2:23-cv-00234-JRS-MJD

Re: Tort claim Notice Concerning Richard Rybolt

This letter is to provide you notice pursuant to Ind. Code 34-13-3 et seq., of tort claims arising from incidents at the Marion County Adult Detention Center, 675 Justice Way, Indianapolis, Indiana 46203 on February 18, 2022, and resulting in severe injuries to Richard Rybolt.

FILED
05/11/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1. STATEMENT OF FACTS

On February 18, 2022, Richard Rybolt was incarcerated at Marion County Adult Detention Facility awaiting trial. Mr. Rybolt was attacked by another inmate, Duane Hall, and was severely injured, sustaining multiple stab wounds to his head and face area. The attack on Mr. Rybolt was in full view of the jail cameras, which captured the full attack and the assistance of other inmates in helping Mr. Hall clean up the incident including mopping up Mr. Rybolt's blood, yet Mr. Rybolt received no help from the guards until after the incident had concluded. The severe injuries left Mr. Rybolt with brain damage and on life support in Eskenazi Hospital's Intensive Care Unit. Despite Mr. Rybolt still recovering from his grievous injuries and being confined to a wheelchair, he was transferred back to Marion County Adult Detention Facility.

2. EXTENT OF LOSS

The extent of the loss cannot be

precisely calculated but includes physical and emotional pain and suffering.

3. TIME AND PLACE OF LOSS

Marion County Adult Detention Center 675 Justice Way, Indianapolis, Indiana 46203 On or around 1:45 a.m.

4. NAMES OF ALL PERSONS INVOLVED

Richard Rybolt, Nicholas Dunn, Duane Hall, Nathanial Williams, Daniel Blackwell, ~~Boytet~~ Lloyd Little, Hensley Hall, Dino Gordon, Lt. Mullins, Sgt. Christopher Ramey, Captin Spayd Lt. La Sjaua Moore, Detention Deputy Sui Tin, Deputy Jeremy Vaughn, Russell Rybolt.

5. AMOUNT OF DAMAGES SOUGHT

The exact amount of damages suffered by Richard Rybolt cannot be precisely calculated at this time, but the claimant is willing to engage in settlement negotiations prior to the institution of litigation.

6. TIME OF LOSS

Marion County Adult Detention Center 675 Justice Way Indianapolis, Indiana 46203

2. TIME OF FILING

Marion County Adult Detention Center 675 Justice Way Indianapolis, Indiana 46203.

7. PRESERVATION OF DISCOVERABLE INFORMATION

Because this matter may lead to litigation, please take every reasonable step to preserve potentially discoverable information, including information generated in any internal affairs investigation related to the events described here until final resolution of this matter. This preservation request covers both tangible documents and electronically stored (e.g., computer file) information. These preservation measures include, but are not limited to, discontinuing all data destruction and backup recycling policies that would eliminate any potentially discoverable evidence.

You can contact Richard Waples who filed the tort claim at 317-357-0903 and Fax 317-357-0275 address 410 North Audubon Road, Indpls, In 46219 www.WAPLESHANGER.com. It took me seven months to learn how to walk again. I still feel pain in my back it shoot's up and down plus side to side. I wear compression sock's to help. Mentally it messed me up because I trust no guard's or people. I wasn't put back on Abilify which is one of my paranoid schizerpranic medication. Since this happened it has took a toal on me physically and mentally. I went to physical therapy once and they stopped it. I remember what she told me and she gave me paper work work out sheet's to

do. I was gave a shower chair but the captain took it because I would have it took out of the shower in the infirmary so nobody would use or break it. And sit it by my bed and sit on it and watch tv. I had to be moved rooms in Eskenazi because I didn't know I wouldn't be able to stand and I was gave a pane to use the restroom. I tried to stand up but I hit the floor because my legs wouldn't work. I got man handled by two male nurses and I was chained to the bed plus on camara. I told the female nurse and I got moved and asked for a bed side bathroom chair. They gave me one and a plastic jug to use the restroom. The tried to help me twice use a walker and put like a belt around me. I didn't make it far at all. It hurt my back, legs, and arms. I just remember getting stabbed from behind and nothing after that. I also have short term and long term memory lost. I suppose to recieve ensures twice a day. They was giving me two boost a day at Eskenazi. Now my face and lips plus my head stay dried out. And my right side, which is my good side is the side that hurts the most. I still haven't recieved all the feeling in my lip back on the left side. My knee's pop everytime I bend all the way down in a squat position and I have a numb feeling in my left pinkie and ring finger. That is everything damage wise and my eye my left one I see like five black dots that flot all around but not all the time. Please help get this law suit done and money put on my books. Plus I was red suit which means I was suppose to be out by myself and the guard's should have helped by watching the camaras. Can we sue them too? Help me out and God bless you.